IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KEVIN GREEN,                            )
                                        )
           Petitioner,                  )
                                        )
vs.                                     )   CIVIL NO. 09-972-GPM
                                        )
LISA HOLLINGSWORTH,                     )
                                        )
           Respondent.                  )

# MEMORANDUM AND ORDER

**MURPHY, District Judge:**

This matter is before the Court on Petitioner's motion to proceed *in forma pauperis* on appeal (Doc. 14). This habeas action, filed under 28 U.S.C. § 2241, previously was dismissed pursuant to 28 U.S.C. § 2254 Rule 4.[1] Implicit in such a dismissal is a finding that the petition for writ of habeas corpus is legally frivolous, *Johnson v. Gramley*, 929 F.2d 350, 351 (7th Cir. 1991), as that term is used in 28 U.S.C. § 1915(e)(2) – i.e., that the petition "lacks an arguable basis either in fact or law," *Neitzke v. Williams*, 490 U.S. 319, 325 (1989). When the underlying district court action is frivolous, any appeal from its summary dismissal also is frivolous; accordingly, leave to proceed *in forma pauperis* on appeal (Doc. 14) is **DENIED**. *Lucien v. Roegner*, 682 F.2d 625, 626 (7th Cir.

---

[1] Rule 4 of the Rules Governing Section 2254 Cases in United States District Courts provides that upon preliminary consideration by the district court judge, "[i]f it plainly appears from the face of the petition and any exhibits annexed to it that the petitioner is not entitled to relief in the district court, the judge shall make an order for its summary dismissal and cause the petitioner to be notified." Rule 1(b) of those Rules gives this Court the authority to apply the rules to other habeas corpus cases. The Court applies Rule 4 of the Rules Governing Section 2254 cases to the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.

1982).  Plaintiff shall tender the appellate filing and docketing fee of $455 to the Clerk of Court in this District within **FIFTEEN (15) DAYS** of the date of entry of this Order, or he may reapply to the Seventh Circuit Court of Appeals for leave to proceed *in forma pauperis* on appeal.

The Court notes that because Petitioner is appealing the dismissal of his § 2241 petition, no certificate of appealability is necessary for Petitioner to perfect his appeal.  FED. R. APP. P. 22(b); 28 U.S.C. § 2253(c).

**IT IS SO ORDERED.**

DATED:  09/21/10

s/ *G. Patrick Murphy*
G. PATRICK MURPHY
United States District Judge